**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs)(12/09)                                                                  Case Number **10–26804**

# UNITED STATES BANKRUPTCY COURT
District of Utah

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/20/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kent A. Hoggan
4143 Riverboat Road, Apt. 2135
Salt Lake City, UT 84123

| Case Number:<br>10–26804 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9768 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Paul James Toscano<br>10 Exchange Place<br>Suite 614<br>Salt Lake City, UT 84111<br>Telephone number: (801)359–1313 | Bankruptcy Trustee (name and address):<br>Elizabeth R. Loveridge tr<br>Woodbury & Kesler<br>265 East 100 South<br>Suite 300<br>P.O. Box 3358<br>Salt Lake City, UT 84110–3358<br>Telephone number: (801) 364–1100 |

## Meeting of Creditors
Date: **July 1, 2010**                                        Time: **10:30 am**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/30/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 5/27/10 |

## Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                    Page 1 of 3                   Date Rcvd: May 27, 2010
Case: 10-26804                 Form ID: rab9a               Total Noticed: 128


The following entities were noticed by first class mail on May 29, 2010.
db              Kent A. Hoggan,    4143 Riverboat Road, Apt. 2135,    Salt Lake City, UT  84123
aty            +Elizabeth Ann Toscano,    Paul Toscano, P.C.,    10 Exchange Place, Ste. 614,
                 Salt Lake City, UT 84111-5120
aty            +Paul James Toscano,    10 Exchange Place,    Suite 614,    Salt Lake City, UT 84111-5120
7044850        +ANB Financial,    1075 South Utah Avenue,    Idaho Falls, ID 83402-3327
7044847        +Alpine One, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044848        +Alta View Siding,    9327 Maison Drive,    Sandy, UT 84093-2424
7044849        +American West Bank,    476 Heritage Park Blvd.,    Layton, UT 84041-5713
7044852        +Babcock Scott & Babcock PC,    Washington Federal Plaxa,    505 East 200 South, Suite 300,
                 Salt Lake City, UT 84102-2055
7044853         Bank of American Fork,    PO Box 307,    American Fork, UT 84003-0307
7044854        +Bardellini, Straw, Cavn & Bupp, LLP,    2000 Crow Canyon Place,    Suite 330,
                 San Ramon, CA 94583-1367
7044855        +Benjamin R. Levinson,    46 N. Second Street, Suite A,    Campbell, CA 95008-2026
7044856        +Bill Geyer,    1029 K Street,    Sacramento, CA 95814-3803
7044857        +Bio Source Consultatns,    c/o Marc Larson,    226 West Ojai Ave., Suite 101-442,
                 Ojai, CA 93023-3277
7044858        +Birch Three, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044859        +Burton Lumber & Hardware Co.,    4639 Holiday Blvd.,    Salt Lake City, UT 84117-5205
7044860        +Business debt: Shapiro Buchman Provine L,    1333 N. California Blvd., Suite 350,
                 Walnut Creek, CA 94596-4547
7044869        +CMR (California Realty Mortgage),    62 1st 4th Floor,    San Francisco, CA 94105-2508
7044870        +CMR Mortgage Fund,    62 First Street,    San Francisco, CA 94105-2508
7044871        +CMR Mortgage Fund II,    62 First Street,    San Francisco, CA 94105-2508
7044872        +CMR Mortgage Fund III,    62 First Street,    San Francisco, CA 94105-2508
7044875        +CVC Construction, Inc.,    c/o David Robertson,    475 Sansome St.,    San Francisco, CA 94111-3103
7044861         Calif. Employment Development Dept.,    PO Box 277250,    Sacramento, CA 95827-7250
7044862        +California Franchise Tax Board,    PO Box 942840,    Sacramento, CA 94240-0001
7044863         Carrington Estates of California LLC,    4772 Frontier Way, Unit 400,    Stockton, CA 95215-9672
7044864        +Catamount Management, LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044865        +Cedar Four, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044868        +City of Madera,    205 W 4TH ST,    Madera, CA 93637-3588
7044873        +Compass,    c/o Bryan Cave LLP,    120 Broadway, Suite 300,    Santa Monica, CA 90401-2386
7044874        +Consolidated Mortgage LLC,    1291 Galleria Drive,    Suite 220,    Henderson, NV 89014-8634
7044876        +Dana Zapien,    c/o Moorad, Clark & Stewart,    1020 15th Street, Suite 22,
                 Modesto, CA 95354-1132
7044877        +Dave Steffensen,    448 East 6400 South, Suite 450,    Salt Lake City, UT 84107-8550
7044878        +David M. Jacobsen,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044879        +Deer Crest Lodge 66,    5911 Fashion Blvd, Suite 200,    Salt Lake City, UT 84107-7352
7044880        +Deercrest Lodge 66, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044881        +Developers Surety and Indemnity Company,    PO Box 19725,    Irvine, CA 92623-9725
7044882        +Diane Hoggan,    3799 East Catamount,    Sandy, UT 84092-6044
7044883        +Dogwood Five, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044884        +Downey Brand Attorneys LLP,    621 Capital Mall 18th Floor,    Sacramento, CA 95814-4731
7044885        +Dumpsters & Drywall,    c/o Transworld Systems,    7050 South Union Park Center #575,
                 Midvale, UT 84047-4174
7044886        +E & F,    655 Mariners Island Blvd.,    Suite 302,    San Mateo, CA 94404-1061
7044887        +EAG,    5911 Fashion Blvd Suite 200,    Salt Lake City, UT 84107-7210
7044888        +Eagle Meadow of Brisbane LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044889        +Eagle Meadow of California,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044890         Eagle Meadows Development LTD, LP,    3799 Catamount Ridge Way,    Sandy, UT 84092-6044
7044891        +Eagle Meadows Management,    2972 West Swain Road, Suite 104,    Stockton, CA 95219-3917
7044892        +Eagle Meadows of Bakersfield 111,    2972 West Swain Road Suite 104,    Stockton, CA 95219-3917
7044893        +Eagle Meadows of Bakersfield 240,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044894        +Eagle Meadows of Bakersfield II, LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044895        +Eagle Meadows of North Edwards 435 LC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044896        +Eagle Meadows of Oroville 303 LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
7044897         East Linda of Pixley, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044898         Enhanced Recovery Corporation,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
7044899        +Evergreen Six, LLC,    5911 Fashion Blvd, Suite 200,    Salt Lake City, UT 84107-7210
7044900        +Fir Seven, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
7044901        +First Bank,    1625 Douglas Blvd.,    2nd Floor,    Roseville, CA 95661-2901
7044902        +First Community Bank,    P.O. Box 65637,    Salt Lake City, UT 84165-0637
7044904        +Garry Samuels,    PO Box 129,    Pleasanton, CA 94566-0812
7044906        +Genesis Financial,    200 North Mullan Road,    Suite 217,    Spokane, WA 99206-3793
7044907        +Greg Meister Group,    655 Mariners Island Blvd.,    Suite 302,    San Mateo, CA 94404-1061
7044908        +Haycock Petroleum,    1117 North 400 East,    North Salt Lake, UT 84054-1933
7044909        +Huffaker Plumbing & Heating,    PO Box 156,    Midway, UT 84049-0156
7044910        +INSCO DICO Group,    c/o Universal Business,    9980 South 300 West, Suite 320,
                 Sandy, UT 84070-3654
7044911        +Insurance Company of the West,    Acct. Madera Ellis St.,    4480 Willow Road,
                 Pleasanton, CA 94588-8519
7044913        +Investment Grade loans,    475 S. San Antonio Road,    Los Altos, CA 94022-3618
7044914         Jennings, Haug & Cunnigham, LLP,    2800 North Central Avenue, Suite 1800,
                 Phoenix, AZ 85004-1049
7044916        +KAWEA Construction Co.,    c/o Kimble MacMitchael & Upton,    5260 North Palm Avenue, Suite 221,
                 Fresno, CA 93704-2210
7044915        +Kaufman and Broad of Utah,    10990 Wilshire Blvd.,    Los Angeles, CA 90024-3913
7044918        +Key Bank,    3165 South 1300 East,    Salt Lake City, UT 84106-3051
7044917        +Key Bank,    127 Public Square,    Cleveland, OH 44114-1217
7044919        +Key Bank,    50 South Main,    Suite 2003,    Salt Lake City, UT 84144
7044920        +Kimball Roofing,    93 West Main Street,    PO Box 850,    Midway, UT 84049-0850
7044921        +Lakeside Mortgage,    c/o Alliance Title Co.,    460 Drake Cr.,    Sacramento, CA 95864-5666
```

```
District/off: 1088-2           User: dlg                    Page 2 of 3                   Date Rcvd: May 27, 2010
Case: 10-26804                 Form ID: rab9a               Total Noticed: 128

 7044922      +Leah Lewis,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044923      +Little John Subdivision Inc.,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
 7044924       Madera Ellis Street, LLC,    5911 Fashion Blvd., Suite 200,    Salt Lake City, UT 84107-7210
 7044925      +Madera Meadows, LLC,    655 Mariners Island Blvd, Suite 302,    San Mateo, CA 94404-1061
 7044926       Madera Property 4, Inc.,    5911 Fashion Blvd., Ste. 200,    Salt Lake City, UT 84107-7210
 7044927       Millennial Homes Inc.,    3799 Catamount Ridge Way,    Sandy, UT 84092-6044
 7044928      +Miller Family Trust,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044929      +Moorad, Clark, and Stewart,    1020 15th Street, Suite 22,    Modesto, CA 95354-1132
 7044930      +Munimae Special Purpose Asset Facility,    3000 Bayport Drive,    Suite 1100,
               Tampa, FL 33607-8405
 7044931      +National Construction Rentals,    c/o Earle Cohen,    16133 Ventura Blvd., Suite 1175,
               Encino, CA 91436-2416
 7044932      +Nationwide Credit, Inc.,    2015 Vaughn Road, Building 400,    Kennesaw, GA 30144-7802
 7044933      +Nelson, Snuffer, Dahle & Poulsen, P.C.,    10885 South State Street,    Sandy, UT 84070-4104
 7044934      +New Mexico Dept. of Workforce Solutions,    Acct. ...2281 Code 70,    PO Box 2281,
               Albuquerque, NM 87103-2281
 7044935      +Newport Holdings, Inc.,    3799 East Catamount Ridgeway,    Sandy, UT 84092-6044
 7044936      +Old Republic National Insurance,    c/o David Robertson,    475 Sansome St.,
               San Francisco, CA 94111-3103
 7044937      +Old Republic Title Insurance Co.,    c/o Daniel Arsenault,    2000 Crow Canyon Place, Suite 330,
               San Ramon, CA 94583-1367
 7044938      +Olivehurst of California, LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
 7044942     ++PACIFIC GAS & ELECTRIC COMPANY,    PO BOX 8329,    STOCKTON CA 95208-0329
              (address filed with court: PG&E,    Non energy Collection Unit,    P.O. Box 8329,
               Stockton, CA 95208)
 7044939      +Pacific Mountain Partners, LLC,    c/o Richard Valques, Morgan Miller,
               1331 N. California Blvd., Suite 200,    Walnut Creek, CA 94596-4544
 7044940      +Parsons Kinghorn Harris,    111 East Broadway, 11th Floor,    Salt Lake City, UT 84111-5225
 7044941      +Paul Buchheit,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044943      +Rader Trust,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044944      +Randy B. Birch,    Birch Law Office,    114 South 200 West,    Heber City, UT 84032-2017
 7056723      +Republic Credit One, L.P.,    3214 W. Park Row Drive,    Arlington, TX 76013-3136
 7044945      +Rescue of El Dorado LLC,    655 Mariners Island Blvd, Suite 302,    San Mateo, CA 94404-1061
 7044946      +Ridgecrest Homes, Inc.,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
 7044947      +Robert Facciola,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044948      +Ronald Sloma,    2323 EAst 2900 North,    Layton, UT 84040-7107
 7044949      +Russell,    c/o Oxford Investment Partners,    2390 E. Camelback Road #202,
               Phoenix, AZ 85016-3450
 7044950      +Ryland Homes of Cal. Inc.,    c/o Weintraub, Genshlea, Chediak,    400 Capital Mall, 11th Floor,
               Sacramento, CA 95814-4434
 7044954      +SJL,    c/o Snell & Wilmer LLP,    One Arizone Center,    Phoenix, AZ 85004-2280
 7044951      +Shea & Carlyon, Ltd.,    701 E. Bridger Avenue,    Suite 850,    Las Vegas, NV 89101-8959
 7044952      +Sidley Austin LLP,    555 West Fifth Street, Suite 4000,    Los Angeles, CA 90013-3000
 7044953      +Silver Creek Development,    c/o Stephen Quesenberry,    4844 North 300 West, Suite 300,
               Provo, UT 84604-5670
 7044955      +Sky Mesa Estates Property Owners Assoc.,    5029 Lamart Dr. Unit C,    Riverside, CA 92507-5977
 7044956       South Jordan Plaza LC,    1251 West South Jordan Parkway,    South Jordan, UT 84095
 7044957      +Specialty Mortgage Corp,    6160 Plumas Street,    Reno, NV 89519-6073
 7044958      +Spondulix Company Inc.,    1875 Saragossa St.,    Pomona, CA 91768-4114
 7044959      +State of California Workers Compensation,    Case ADJ2963022,
               UEBTF, 160 Promenade Circle Suite 350,    Sacramento, CA 95834-2963
 7044960      +Steven Lamon,    620 Lyndsey Lane,    Yuba City, CA 95993-7801
 7044961      +SunRoc Corp.,    180 North 300 East,    Saint George, UT 84770-7118
 7044962      +The Kent A. Hoggan Family Trust,    3799 East Catamount,    Sandy, UT 84092-6044
 7044963       The Village of Duck Creek Estates,    3799 Catamount Ridge Way,    Sandy, UT 84092-6044
 7044966      +USA Capital,    c/o Bryan Cave LLP,    120 Broadway, Suite 300,    Santa Monica, CA 90401-2386
 7044964      +United Comm/East West Bank,    711 Van Nes Ave.,    5th Floor m/s #485,
               San Francisco, CA 94102-3244
 7044965      +Universal Business,    9980 South 300 West,    Suite 320,    Sandy, UT 84070-3654
 7044968      +Village in Duck Creek Estates LLC,    4772 Frontier Way, Suite 400,    Stockton, CA 95215-9672
 7044969      +Western Insurance Co.,    c/o Kurt Faux Law Group,    1540 W. Warm Sprigns Road Suite 100,
               Henderson, NV 89014-4336
 7044970      +William W. Schofield,    Pinnacle Law Group LLP,    425 California Street #1800,
               San Francisco, CA 94104-2203

The following entities were noticed by electronic transmission on May 27, 2010.
tr             EDI: QERLOVERIDGE.COM May 27 2010 20:18:00      Elizabeth R. Loveridge tr,    Woodbury & Kesler,
               265 East 100 South,    Suite 300,    P.O. Box 3358,    Salt Lake City, UT  84110-3358
 7044851       EDI: CINGMIDLAND.COM May 27 2010 20:18:00      AT&T,    P.O. Box 8220,    Aurora, IL 60572-8220
 7044866      +EDI: CHASE.COM May 27 2010 20:13:00      Chase,    800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
 7044867      +EDI: CHASE.COM May 27 2010 20:13:00      Chase/Visa,    Cardmember Service,    PO Box 94014,
               Palatine, IL 60094-4014
 7044905      +EDI: RMSC.COM May 27 2010 20:13:00      GEMB/Dillards,    PO Box 981402,    El Paso, TX 79998-1402
 7044912       EDI: IRS.COM May 27 2010 20:13:00      Internal Revenue Service,    Attn: Insolvency Mail Stop 5021,
               50 South 200 East,    Salt Lake City, UT 84111
 7044967      +EDI: UTAHTAXCOMM.COM May 27 2010 20:13:00      Utah State Tax Commission,    210 North 1950 West,
               Salt Lake City, UT 84134-9000
                                                                                              TOTAL: 7
```

```
District/off: 1088-2          User: dlg              Page 3 of 3              Date Rcvd: May 27, 2010
Case: 10-26804                Form ID: rab9a         Total Noticed: 128

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7044903        Foxhilss Land and Cattle,   Out of business (filed bankrutpcy)
                                                                                         TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2010**          **Signature:** _Joseph Speetjens_