DAVID E. MCALLISTER (UT BN 11824)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: pdmutecf@piteduncan.com

Attorneys for  KEYBANK NATIONAL ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH - SALT LAKE CITY**

| In re | Bankruptcy Case No. 10-26804-WTT |
|---|---|
| KENT A. HOGGAN, | Chapter 7 |
| Debtor(s).<br>SSN:   XXX-XX-9768 | **KEYBANK NATIONAL ASSOCIATION'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS AND PROOF OF SERVICE** |

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN LLP, attorneys for KeyBank National Association, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

- 1 -

referenced bankruptcy court.

PITE DUNCAN LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> David E. McAllister, Esq.
> PITE DUNCAN LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District

- 3 -

Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

DATED: 7/30/2010            PITE DUNCAN LLP

                    /s/ David E. McAllister
                    Attorneys for KEYBANK NATIONAL ASSOCIATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 7/30/2010, copies of the Request for Special Notice and Service of Papers and Reservation of Rights were duly served by depositing the same in the United States mail, postage pre-paid, to the following, as addressed:

Kent A. Hoggan
514 Park View Circle
Smithfield, UT 84335

Elizabeth Ann Toscano
Paul Toscano, P.C.
10 Exchange Place, Ste. 614
Salt Lake City, UT 84111

Paul James Toscano
10 Exchange Place, Ste. 614
Salt Lake City, UT 84111

Elizabeth R. Loveridge
Woodbury & Kesler
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84110-3358

United States Trustee
District of Utah
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/30/2010, at San Diego, California.

/s/ CYNTHIA FOGAL